UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| PAUL MURPHY | * | CASE NO. 09-13660-WSS |
| ROSEMARY MURPHY | | |
| Debtors. | * | |

## **OBJECTION TO CONFIRMATION**

Now comes Creditor, CHASE AUTO FINANCE, by and through its attorneys, Dumas & McPhail, LLC, and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding. The debtor financed the purchase of a 2003 NISSAN XTERRA on March 12, 2009 through Creditor.

2. 11U.S.C. §1325(a)(5)(b)(ii) requires interest to be paid on an allowed secured claim post confirmation. The debtor's plan as proposed does not provide for interest to be paid on the claim of the Creditor post-confirmation. As such, the plan as proposed violates 11U.S.C. § 1325(a), by proposed to distribute less than the value of the Creditor's allowed secured claim. The contract rate of interest, as shown on the attached contract is 15.25%.

3. The plan fails to provide an appropriate risk adjustment interest rate to be paid on the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(B)(ii).

4. Considering the factors set forth in <u>Kitchens v. Georgia Railroad Bank & Trust</u>, 702 Fed. 2d 885 (11th Circuit 1983) and considering the totality of the circumstances, Creditor asserts that the debtor's plan is neither filed nor proposed in good faith and violates 11 U.S.C. Section 1325(a)(3) as well as the purpose and spirit of the Bankruptcy

Code.

WHEREFORE, Creditor prays for an Order denying confirmation, along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL

Of Counsel:
Dumas & McPhail, LLC
P.O. Box 870
Mobile, AL 36601
(251) 438-2333

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid or by electronic means on this 10th day of September, 2009.

JOHN C. MCALEER, III
PO BOX 1884
MOBILE, AL 36633

EARL P. UNDERWOOD, JR.
21 SOUTH SECTION STREET
FAIRHOPE, AL 36532

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL