UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  PAUL MURPHY )
  ROSEMARY MURPHY ) CASE NO. 09-13660-WSS-13
     Debtor(s). )

<u>OBJECTION TO CONFIRMATION</u>

    Now comes FORD MOTOR CREDIT COMPANY, by its attorneys, Chambless Math ❖

Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof

states as follows:

    1. The Creditor has filed a claim in the amount of $27,660.44 secured by a 2007 Mercury

Milan.

    2. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C.

Section 1325(a)(5).

    WHEREFORE, FORD MOTOR CREDIT COMPANY, prays for an Order denying

confirmation along with such further relief as the Court may deem proper.

                    FORD MOTOR CREDIT COMPANY


                  By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this September 11, 2009.

John C. McAleer, III
Chapter 13 Trustee
P.O. Box 1884
Mobile AL 36633

EARL P. UNDERWOOD
ATTORNEY AT LAW
21 SOUTH SECTION STREET
FAIRHOPE AL 36532-2106

PAUL MURPHY
ROSEMARY MURPHY
747 AMADOR AVENUE
FAIRHOPE AL 36532

/s/ Leonard N. Math