UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:

PAUL MURPHY  CASE NO: 09-13660-WSS
ROSEMARY MURPHY  CHAPTER 13
    Debtors.

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

Comes now Creditor, W.S. BADCOCK, and files this their Response to Debtor's Objection to Claim and would state that claim number and would request this matter be set for hearing.

/s/ KENT D. MCPHAIL
Kent D. McPhail
Attorney for Creditor
P.O. BOX 870
MOBILE, AL 36601

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this the 20th day of October, 2009, served a copy of the foregoing pleading on EARL P. UNDERWOOD, 21 SOUTH SECTION STREET, FAIRHOPE, AL 36532-2106 AND JOHN C. MCALEER, III, PO BOX 1884, MOBILE, AL 36633 by placing a copy of the same in the United States mail, postage prepaid or by electronic means.

/s/ KENT D. MCPHAIL
Kent D. McPhail
Attorney for Creditor